Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-4466
Attorneys for Plaintiff

RECVD'05 DEC 14 12:22USDC-ORP

FILED'05 DEC 20 15:02USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**WALTER A. NIEMCZAK,**

                Plaintiff,

    vs.

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

                Defendant.

Civil No. 04-6378-HU

**ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

    After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $4401.99 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

    IT IS SO ORDERED this day of December 15, 2005

                              _Michael W. Mosman_
                              U.S. District Judge

PRESENTED BY:

By: _____
    Drew L. Johnson, OSB #75200
    Of Attorneys for Plaintiff

1 - ORDER